IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

TIREK ROBINSON, Plaintiff,

v.

JEVONI JOHNSON, VALVOLINE, INC., VALVOLINE BUSINESS, AND CALEB BRANT, Defendants.

Civil Action No. _____

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tirek Robinson hereby gives notice that the above-captioned action is voluntarily dismissed in its entirety against all Defendants, Jevoni Johnson, Valvoline, Inc., Valvoline Business, and Caleb Brant, without prejudice.

The Defendants have not yet been served with the Summons and Complaint, nor have they filed an answer or a motion for summary judgment.

DATED: October 7, 2025

Respectfully submitted,

_____
Tirek Robinson, Pro Se
3147 Detroit Street
Portsmouth, VA 23707
(948) 213-6509
tirekrobinson87@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this __7__ day of October, 2025, a true and correct copy of the foregoing Notice of Voluntary Dismissal was served upon the following parties via [Method of service, e.g., First-Class Mail]:

Jevoni Johnson
[Address]

Valvoline, Inc.
[Address]

Valvoline Business
1027 Frederick Blvd
Portsmouth, VA 23707

Caleb Brant
[Address]

_____
Tirek Robinson