Tirek Robinson
3147 Detroit St.
Portsmouth, VA 23707



RICHMOND VA RPDC 230
8 OCT 2025 PM 2 L

U.S. MARSHALS INSPECTED

Court Clerk
600 Granby St #193A,
Norfolk, VA 23510

23510-199931